**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7596**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERON RONDELL RANDALL,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CR-95-58-H, CA-00-150-4-H)

---

Submitted:  March 31, 2003                    Decided:  June 4, 2003

---

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jeron Rondell Randall, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeron Rondell Randall appeals the district court's order denying his Rule 60(b) motion. Here, the district court construed Randall's motion as a successive 28 U.S.C. § 2255 (2000) motion, stating in its order that it lacked jurisdiction to consider it because Randall's previous § 2255 motion and a motion to reconsider, rejected by the court and affirmed on appeal, raised identical issues as those presented in his current rule 60(b) motion. We have independently reviewed the record and conclude that Randall has not demonstrated that reasonable jurists would find the district court's assessment of his constitutional claims, or the court's procedural rulings, debatable or wrong. See Miller-El v. Cockrell, ___ U.S. ___, 123 S. Ct. 1029, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662); see also Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2